■ ARYA PERSIAN RUGS, INC. Also Known as ARYA PERSIAN RUG CORPORATION, et al., Respondents, v FEDERAL INSURANCE COMPANY, Appellant.—Order, Supreme Court, New York County, entered on December 19, 1977, so far as appealed from, unanimously affirmed on the opinion of Kirschenbaum, J., at Special Term. Respondents shall recover of appellant $50 costs

and disbursements of this appeal. Concur—Kupferman, J. P., Silverman, Fein, Yesawich and Sandler, JJ.